IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**ORDER OF TRANSFER**

With the consent of the Honorable Beth Phillips, the criminal cases listed on Attachment A to this order are hereby transferred to Judge Bough.

IT IS SO ORDERED.

/s/ Greg Kays
Greg Kays, Chief Judge
United States District Court

Date: January 22, 2015

Attachment A

| Case No. | Transferee Judge | Style of Case |
|---|---|---|
| 12-4041-01-04 | BP | USA v. Druzenko, et al |
| 13-4006-01 | BP | USA v. Silver Montana Bonilla |
| 13-4015-01 | BP | USA v. Andrew Alexander Praskovksy |
| 13-4016-01/02 | BP | USA v. Babenko, et al |
| 13-4017-01-04 | BP | USA v. Lvovskiy, et al |
| 13-4018-01 | BP | USA v. Fedor Pakhnyuk |
| 13-4022-01 | BP | USA v. Stefan Koda Williams |
| 13-4023-01 | BP | USA v. Jerry Laverne Goldman, Jr. |
| 13-4026-01/02 | BP | USA v. Chernova, et al |
| 13-4027-01 | BP | USA v. Joseph P. roland |
| 13-4028-01 | BP | USA v. Branon Jay Carter |
| 13-4029-01 | BP | USA v. John V. Young, Jr. |
| 13-4038-01 | BP | USA v. Vernon Deandre Jordan |
| 13-4058-01 | BP | USA v. Lonnie Avant |
| 13-4065-01 | BP | USA v. Jeremy Ryan Bappert |
| 13-4070-01/02 | BP | USA v. Jennings, et al |
| 14-4003-01 | BP | USA v. John Leonard Bush |
| 14-4008-01 | BP | USA v. Jevin Glenn McCuiston |
| 14-4010-01 | BP | USA v. Dustin Clay Trail |
| 14-4016-01 | BP | USA v. Kenyata D. Miles |
| 14-4017-01 | BP | USA v. Coty Thomas Galbreath |
| 14-4021-01 | BP | USA v. John Thomas Thompson |
| 14-4027-01 | BP | USA v. Jamie Ray Wixson |
| 14-4028-01 | BP | USA v. Charles Milton Bowers |
| 14-4033-01-03 | BP | USA v. McGuire, et al |
| 14-4035-01/02 | BP | USA v. Sparkman, et al |
| 14-4037-01/02 | BP | USA v. Murphy, et al |
| 14-4038-01 | BP | USA v. Malcolm Desean Redmon |
| 14-4042-01 | BP | USA v. Christopher E. Ronimous |
| 14-4043-01/02 | BP | USA v. Ruvalcaba, et al |
| 14-4045-01 | BP | USA v. Early DeWayne Witt |
| 14-4048-01 | BP | USA v. Carol Joyce Noble |
| 14-4053-01 | BP | USA v. Vincent Eugene Wolfe |
| 14-4055-01 | BP | USA v. Ryan Michael Mosberg |
| 14-4056-01 | BP | USA v. Billy Ray Bradley |
| 14-4057-01 | BP | USA v. Eric Andres Roland |
| 14-4060-01 | BP | USA v. Richard Wayne Swicegood |
| 14-4063-01 | BP | USA v. Jerron Lamar Daily |
| 14-4065-01-27 | BP | USA v. Scott, et al |
| 14-4069-01 | BP | USA v. Adam Wade Ramey |
| 14-4072-01 | BP | USA v. Alex Durand Williams Davis |
| 14-4073-01-02 | BP | USA v. Resonno, et al |
| 14-4074-01 | BP | USA v. Claudio Barrionuevo |