IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Date: 08/17/2015 |
| vs. | ) | Case No. 13-4016-01-CR-C-SRB |
| PETR BABENKO, | ) | Day Two |
| Defendants. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough presiding at Jefferson City, Missouri.
=======================================================================

Nature of Proceeding: Criminal Jury Trial
Time Commenced: 8:15 a.m.           Time Terminated:  4:41 p.m.
Government:   James B Nelson , AUSA    Defendant: Neil J Saltzman
              Lawrence Miller, AUSA              Scott Hamblin
Interpreter:  Natalia Grebenyuk

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 8:15 a.m. Counsel appears as indicated above. Court hears arguments regarding admission of exhibits. Jury returns to the courtroom at 8:34 a.m. Counsel and defendant present. Government calls Darin Pettit at 8:37 a.m. Court reminds witness of oath. Direct 8:37 a.m. Cross by Neil Saltzman 9:16 a.m. Court in recess at 9:44 a.m. Court in session at 9:56 a.m. Counsel and defendant present. Jury returns. Redirect by government at 9:56 a.m. Recross by Neil Saltzman at 10:02 a.m. Re-redirect at 10:05 a.m. Witness excused at 10:05 a.m. Government (AUSA Larry Miller) calls S/A Matt Rogers at 10:05 a.m. Witness sworn. Direct at 10:06 a.m. Cross by Neil Saltzman at 10:14 a.m. Witness excused at 10:15 a.m. Government (AUSA Larry Miller) calls M/C/A Jarrad Jewell at 10:15 a.m. Witness sworn. Direct at 10:16 a.m. Witness excused at 10:23 a.m. Government calls S/A Amy Snyder at 10:24 a.m. Witness sworn. Direct at 10:24 a.m. Cross by Neil Saltzman at 10:50 a.m. Witness released at 10:51 a.m. Government (AUSA Larry Miller) re-calls S/A Dan Burleson at 10:52 a.m. Court reminds witness of oath. Direct at 10:53 a.m. Cross by Neil Saltzman at 11:03 a.m. Redirect at 11:07 a.m. Re-Cross at 11:08 a.m. Witness released at 11:08 a.m. Government calls Bogdan Nahapetyan at 11:09 a.m. Witness sworn. Direct at 11:10 a.m. Court in recess at 11:58 a.m. Court in session at 1:01 p.m. Counsel and defendant present. Jury returns. Government calls Bogdan Nahapetyan at 1:01 p.m. Court reminds witness of oath. Government continues direct at 1:02 p.m. Cross by Neil Saltzman at 1:43 p.m. Redirect at 2:10 p.m. Recross by Neil Saltzman at 2:14 p.m. Witness released at 2:15 p.m. Government calls S/A Eryl Wolgemuth at 2:16 p.m. Witness sworn. Direct at 2:17 p.m. Cross by Neil Saltzman at 2:28 p.m. Redirect 2:29 p.m. Witness released at 2:29 p.m. Government calls S/A Gregory Jeffers at 2:29 p.m. Witness sworn. Direct at 2:30 p.m. Cross by Neil Saltzman at 2:53 p.m. Redirect at 2:55 p.m. Recross 2:58 p.m. Re-redirect at 3:01 p.m. to 3:01 p.m. Witness released at 3:01 p.m. Court in recess at 3:02 p.m. Court in session at 3:15 p.m. Counsel and defendant present. Jury returns. Government (AUSA Larry Miller) calls S/A Andrew Hutchinson at 3:15 p.m. Witness sworn. Direct at 3:16 p.m. Cross by Neil Saltzman at 3:59 p.m. Redirect at 4:04 p.m. Recross at 4:05 p.m. Witness released at 4:06 p.m. Government (AUSA Larry Miller) calls S/A Craig Tabor at 4:06 p.m. Witness sworn. Direct at 4:07 p.m. Cross by Neil Salztman at 4:22 p.m. Redirect at 4:23 p.m. Witness released at 4:23 p.m. Jury released at 4:25 p.m. Court in recess at 4:41 p.m. | M/C/A Darin Pettit Direct, 8:37 a.m. – 9:16 a.m. Cross, 9:16 a.m. – 9:44 a.m. Redirect, 9:56 a.m. – 10:02 a.m. Recross, 10:02 a.m. – 10:04 a.m. Re-redirect, 10:05 a.m. – 10:05 a.m. <br><br> S/A Matt Rogers Direct, 10:06 a.m. – 10:14 Cross, 10:14 a.m. – 10:15 a.m. <br><br> M/C/A Jarrad Jewell Direct, 10:16 a.m. – 10:23 a.m. <br><br> S/A Amy Snyder Direct, 10:24 a.m. – 10:48 a.m. Cross, 10:50 a.m. – 10:51 a.m. <br><br> Witnesses continued on following page… |

| | |
|---|---|
| | S/A Dan Burleson Direct, 10:53 a.m. – 11:03 a.m. Cross, 11:03 a.m. – 11:07 a.m. Redirect, 11:07 a.m. – 11:08 a.m. Recross, 11:08 a.m. Bogdan Nahapetyan Direct, 11:10 a.m. – 11:58 a.m., 1:02 p.m. - 1:43 p.m. Cross, 1:43 p.m. – 2:10 p.m. Redirect, 2:10 p.m.– 2:14 p.m. Recross, 2:14 p.m. – 2:15 p.m. S/A Eryl Wolgemuth Direct, 2:16 p.m. – 2:28 p.m. Cross, 2:28 p.m. – 2:29 p.m. Redirect 2:29 p.m. – 2:29 p.m. S/A Gregory Jeffers Direct, 2:30 p.m. – 2:53 p.m. Cross, 2:53 p.m. – 2:55 p.m. Redirect, 2:55 p.m. – 2:58 p.m. Recross, 2:58 p.m. – 3:01 p.m. Re-redirect 3:01 p.m. – 3:01 p.m. S/A Andrew Hutchinson Direct, 3:16 p.m. – 3:59 p.m. Cross, 3:59 p.m. – 4:04 p.m. Redirect, 4:04 p.m. – 4:05 p.m. Recross, 4:05 p.m. – 4:06 p.m. S/A Craig Tabor Direct, 4:07 p.m. – 4:22 p.m. Cross, 4:22 p.m. – 4:23 p.m. Redirect, 4:23 p.m. – 4:23 p.m. |
| Court Reporter: Gayle Wambolt | By:   Tania Lock |